THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Roshad M. Baker, Appellant.
 
 
 

Appeal From Horry County
Steven H. John, Circuit Court Judge
Unpublished Opinion No. 2009-UP-426
Submitted September 1, 2009  Filed
 September 8, 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: Roshad M. Baker appeals his conviction and sentence
 for murder, arguing the trial judge erred in denying his motion for a directed
 verdict.  After a thorough
 review of the record and counsel's brief, pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., and KONDUROS and LOCKEMY,
 JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.